## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

IN THE MATTER OF:
**PATRICK MATTOX HYNDMAN**

\*
\*
\*
\*    **MISC. CASE NO. 25-1001**
\*
\*
\*

## <u>ORDER TO SHOW CAUSE</u>

It has been shown to the Court, that Patrick Mattox Hyndman was suspended from the Roll of the Supreme Court as an attorney authorized to practice law in the courts of Alabama for a period of ninety-one (91) days, beginning on December 23, 2024 and shall comply with the conditions as set out in the Disciplinary Commission's December 23, 2024 order. It is further ordered that Hyndman shall be eligible for reinstatement on March 24, 2025.

Pursuant to Local Rule 83.4(e) of the United States District Court for the Southern District of Alabama, IT IS ORDERED that said attorney show cause why this Court should not likewise suspend counsel.

Unless said attorney files a response within thirty (30) days from the date of this order, counsel shall be suspended accordingly. If a response is filed, said attorney shall be suspended from the bar of this Court until otherwise ordered.

IT IS FURTHER ORDERED that said attorney advise the Clerk of the Court of all pending actions before this Court in which said attorney is counsel of record.

Following counsel's reinstatement to practice, in order to request reinstatement to practice in this Court, counsel must file an affidavit of compliance, or petition for reinstatement, as required by General Local Rule 83.4(i).

Done this 10th day of January, 2025.

CHRISTOPHER EKMAN
CLERK OF COURT



# IN THE SUPREME COURT OF ALABAMA

## December 23, 2024

ASB-ATT-DIS-0062

In the Matter of Patrick Mattox Hyndman, Attorney at Law (Before the Disciplinary Board of the Alabama State Bar No.: 2021-1123; 2022-467; 2022-891).

### ORDER

The "Order on Bar's Petition to Revoke Probation" and the record on the disciplinary proceedings filed by the Alabama State Bar on December 9, 2024, having been submitted to this Court,

IT IS ORDERED that Patrick Mattox Hyndman is SUSPENDED from the Roll of Attorneys duly licensed to practice law in all the Courts of the State of Alabama for a period of ninety-one (91) days, effective December 23, 2024.

IT IS FURTHER ORDERED that Patrick Mattox Hyndman shall comply with the conditions as set out in the Disciplinary Commission's October 10, 2024, order.

**Parker, C.J., and Shaw, Wise, Sellers, Mendheim, Stewart, Mitchell, and Cook, JJ., concur.**

**Witness my hand and seal this 23rd day of December, 2024.**

*Megan B. Rhodeberk*

**Clerk of Court,
Supreme Court of Alabama**

FILED
December 23, 2024

Clerk of Court
Supreme Court of Alabama