## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

IN THE MATTER OF:
SCOTT LEDELL TINDLE

MISC. CASE NO. 25-1001

## ORDER TO SHOW CAUSE

It has been shown to the Court that Scott Ledell Tindle was disbarred and excluded from the practice of law in Alabama. The Supreme Court of Alabama ordered that the name of Scott Ledell Tindle is stricken from the Roll of Attorneys duly licensed to practice law in the State of Alabama, and that Scott Ledell Tindle is hereby disbarred and excluded from the practice of law in the courts of Alabama effective May 1, 2025.

Pursuant to Local Rule 83.4(e) of the United States District Court for the Southern District of Alabama, IT IS ORDERED that said attorney show cause why this Court should not likewise disbar counsel.

Unless said attorney files a response within thirty (30) days from the date of this order, counsel shall be disbarred accordingly. If a response is filed, said attorney shall be disbarred from the bar of this Court until otherwise ordered.

IT IS FURTHER ORDERED that said attorney advise the Clerk of the Court of all pending actions before this Court in which said attorney is counsel of record.

Following counsel's reinstatement to practice, in order to request reinstatement to practice in this Court, counsel must file an affidavit of compliance, or petition for reinstatement, as required by General Local Rule 83.4(i).

Done this 1st day of May, 2025.

CHRISTOPHER EKMAN
CLERK OF COURT